UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:04CV-00124-TBR

**HILDRETH YOUNG**                                                                                   **PLAINTIFF**

**VS.**

**JOYCE EMBERTON, ET AL.**                                                                  **DEFENDANTS**

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the motion to dismiss filed by defendants Emberton, Lovelace, and Hundley shall be treated as one for summary judgment.

IT IS HEREBY ORDERED that summary judgment is GRANTED for said defendants as to the remaining claims against them.

IT IS FURTHER ORDERED that final judgment shall be entered in favor of defendants Emberton, Lovelace and Hundley.

A Certification of Appealability is DENIED.

Copies to:   Petitioner, *pro se*
             Counsel of Record
             Magistrate Judge Goebel